**97–2263.   State ex rel. Boswell v. Strausbaugh.**

In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2363.   State ex rel. Pollock v. Kenston Local School Dist.**

In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant a limited writ.

**97–2485.   Greany v. Branyan.**

Lucas App. No. L–97–1076.  *Sua sponte,* in light of this court's recent decision in *United States Fid. & Guar. Co. v. Lightning Rod. Mut. Ins. Co.* (1997), 80 Ohio St.3d 584, 687 N.E.2d 717, the conflict certified by the court of appeals no longer exists; therefore, this cause is dismissed pursuant to S.Ct.Prac.R. IV(2)(B).

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**97–2540.   State ex rel. Lovett v. Kinkela.**

In Mandamus.  On answer of respondents.  Answer treated as a motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant the writ.

**97–2541.   State ex rel. Smith v. Canode.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2555.   State ex rel. Harmon v. Fuerst.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant the writ.

**97–2560.   State ex rel. Rock v. Griffin.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2573.   Jackson v. Oddi.**

In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2574.   Straight v. Seventh Dist. Court of Appeals.**

In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents and would grant the writ.

**97–2614.   State ex rel. Dattilo v. Ohio Dept. of Rehab. & Corr.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2616.   State ex rel. Taylor v. Niehaus.**

In Mandamus.  *Sua sponte,* cause dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent and would grant an alternative writ.